Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FILED IN CLERKS OFFICE

MAR 7 '22 PM 1:27 USDC MA

MATTHEW P. TOTTENHAM
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

WELLPATH LLC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MATTHEW P. TOTTENHAM |
   | Street Address | 1 HARVARD RD, P.O. BOX 8000 |
   | City and County | SHIRLEY/WORCESTER, SS |
   | State and Zip Code | MA 01464 |
   | Telephone Number | N/A |
   | E-mail Address | N/A |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

\* Attached in support of this complaint is Affidavit of Statement of claims

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name: WELLPATH LLC
    Job or Title (if known): MEDICAL PROVIDER
    Street Address: 16 CHESTNUT ST, SUITE 250
    City and County: FOXBOROUGH/NORFOLK, SS
    State and Zip Code: MA 02035
    Telephone Number: N/A
    E-mail Address (if known): N/A

Defendant No. 2

    Name: DEPARTMENT OF CORRECTION
    Job or Title (if known): AGENCY OF THE COMMONWEALTH
    Street Address: 50 MAPLE ST, SUITE 3
    City and County: MILFORD/WORCESTER, SS
    State and Zip Code: MA 01757
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: ~~DEAN GRAY~~
    Job or Title (if known): SUPERINTENDANT OF SBCC
    Street Address: 1 HARVARD RD P.O. BOX 8000
    City and County: SHIRLEY/WORCESTER, SS
    State and Zip Code: MA 01464
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: STEVEN KENNEWAY
    Job or Title (if known): PREVIOUS SUPERINTENDANT AT SBCC
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

*See additional page for the rest of defendants

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

ADDITIONAL DEFENDANTS

Defendant No.5
Name: Mitzi Peterson
Job or Title: Deputy Commissioner of Medical/Mental Health
Street Address: 50 Maple St, suite 3
City and County: Milford/Worcester,ss
Telephone Number:
Email Address:

Defendant No.6
Name: Linda Farag
Job or Title: Previous Medical Grievance Coordinator
Street Address:
City and County:
State and Zip Code:
Telephone Number:
Email Address:

Defendant No.7
Name: David Mburu
Job or Title: Health Services Administrator ("H.S.A.") of SBCC
Street Address:
City and County:
State and Zip Code:
Telephone Number:
Email Address:

Defendant No.8
Name: Ashley Landry
Job or Title: Health Services Administrator at SBCC - Current
Street Address: 1 Harvard Rd, P.O. Box 8000
City and County: Shirley/Worcester,ss
Defendant

Defendant No.9
Name: Kelly Ryder
Job or Title:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
Email Address:

Defendant No.10
Name: Nikki Caldwell
Jor or Title: Health Services Administrator at SBCC -- Previous
Street Address:
City and County:
State and Zip Code:
Telephone Number:
Email Address:

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Over the course of 5 yrs the Plaintiff has suffered infliction of wanton and unecessary pain due to the deliberate indifference which is ongoing and unresolved. The acts and ommissions of defendants Nikki Caldwell, David Muru, Linda Faraq, Kelly Ryder, Lisa Black Sholurko, Ashley Landry and Weelpath have st in motion the cause for the grounds of the claims in which the defendants abuse the discretion of their offices. All of the defendants including the DOC, Mitzi Peterson, Dean Gray, Steven Kenneway have cause constitutional violations causing injury by deliberate indifference the serious medical need of the Plaintiff. The Plaintiff has undergone surgery on his right toe causing infection resulting in a 2nd surgery. The Plaintiff has not been able to fully recover from the injuries due to denial of reasonable accomodation recomended by specialist.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Declare the Plaintiff's rights and the violations by the defendants. Plaintiff seeks Injunctive relief against the DOC and Wellpath to allow the Plaintiff to order or to provide him with with adequate footwear fitting the description of the specialist of the specialist that continues to be denied by Wellpath and DOC directors and officers and taken away. This denial of the prescribed footwear continously inflicts wanton and unecessary pain also causing further injury. Plaintiff seeks compesatory relief for actual damages in the amount of $500,00.00 for injury and future medical expenses. Also any just and equitable relief the court deems proper.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/9/22

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: MATTHEW P. TOTTENHAM

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____