UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

MAR 7 '22 PM 1:27 USDC MA

| | |
|---|---|
| MATTHEW P. TOTTENHAM<br>    Plaintiff<br><br>V<br><br>WELLPATH, LLC, ET AL<br>    Defendants | CASE NO.<br><br><br>AFFIDAVIT OF MATTHEW P. TOTTENHAM<br>STATEMENT OF CLAIMS |

MATTHEW P. TOTTENHAM
P.O. BOX 8000
SHIRLEY, MA 01464

---

NOW COMES THE AFFIANT, MATTHEW P. TOTTENHAM, A CITIZEN OF THE UNITED STATES AND STATE OF MASSACHUSETTS OVER THE AGE OF 21 YEARS AND DECLARES AS FOLLOWS, UNDER PENALTY OF PERJURY:

1. I underwent surgery on March 15, 2016 for my right great Toe. This got severely infected and was botched resulting in a second surgery on May 19, 2016 and several months of first P.I.C.C. line" anti biotic treatment, then 8 months of healing which was agonozingly painful. At the end I was unable to use or wear prison issued or commissary footwear all of which are basic footwear with little technology for comfort and inadequate for severly injured feet.

2. I was given orders from Podiatrist Dr. Charles King who was the visiting specialist who the H.S.A. is in charge of scheduling these visits, and to either allow or deny the recommendations/orders. The order I received was that I required quality athletic footwear with air gel technology.[1]

3. After going back and forth with the then H.S.A. Julie Ireland (named as a defendant on a seperate and different state court

---

[1]. The last order on 10/17/19 by Doctor/specialist Patricia Clifford, and again seen by podiatrist Charles King on 11/10/19, the significant part is that they both said that quality footwear, recomending Asics "gel nimbus" or "Saucony", and ordered a follow-up in (6) weeks to see if footwear on Bottom of Nxt Pg.

(1)

claim for similar actions that are pending, however, these present allegations are newer and seperate) for 9 long months I was finally allowed to pay for the shoes recomended by the specialist. I ordered Nike Airmaxes wit air support 360° around the bottom offering relief while walking and playing sports.

4. After I acquired the Nike Airmaxes on or about July of 2017 I realized that I needed a second pair to change into after exercising. All inmates are allowed to possess a second pair of shoes per regulation of the DOC. I made the request for the 2nd pair but was denied. I then grieved it and appealed that denial. I was denied several times over.

5. On December 17, 2017, six months later, a search team was dispatched to search my cell. I was then placed in the solitary confinement unit for what turned out to be baseless accussations, of which the officers knew, to be false, my Nike Airmaxes were "gone and missing."

6. On the same of the cell search Medical stated that they would "facilitate [me]" acquiring a new pair of shoes once the old ones "fell into disrepair." After my shoes became missing I then called upon medical to help me get the same pair of sneakers back or annew pairas they contracted to do so by writting.

7. Medical then stated that they "changed the policy" and Nikki Caldwell despite the recommendations being renewed over and over again, repeatedly denied the order showing deliberate indifference throughout 2018 into 2019. I grieved these denials and appealled them to Linda Farag multiple times over and over again. Dr. King specifically stated the <u>absolute need</u> for these sneakers and the pain I was in due to my serious medical condition.

8. Nikki Caldwell then relinquished her position to David Mburu to fill in as the new H.S.A. at SBCC. David Mburu took his deliberate indifference to higher level, utilizing and using fake appointments, fake paperwork to say that I was "gonna go to the brace clinic to get my custom shoes." This alleged appointment never took place.

was not working to displace the pressure on the effected area resulting in severe pain then (6) six weeks from both 10/7/19 & 1/14/19, it would be assessed and surgical options would be required to prevent damage to my body, knees, hip, backs etc— Dave Mburu came to my door to tell me I don't need the f/u because I'm not getting the shoes so I won't be able to say if they work or not, Kelly Ryder was with him seconding his decision.

(2)

9. David Mburu continued his fraud by falsifying records stating that I "was going to the brace clinic to pick up my custom shoes," false dates of visits which never actually occured ( (discover will clearly show this fact). Then David Mburu started a new angle "approving me for the shoes recommended by Dr. King", these were obviously not the shoes Dr. King was speaking of because these shoes are called "propet" shoes used typically for diabetics. I not wanting to refuse any care because of my desperation for some comfort from the severe pain in both my feet.

10. The cause of my pain is due to the fibromatosies in my arches and the hallux-rigidus, and hallux-valgus w/degenerate joint disease. David Mburu aware of thee facts sent the nurse to bring me brand new size 12 propet shoes, 3 sizes to large for me. I told the nurses that I am a size 10½ multiples times over and over again but they continued to bring me size 9, 11½, and 12 over and over again. Once I realized that David Mburu was documenting each time as a refusal of treatment, I finally accepted a pair of size 12 out of desperation.

11. I was stuck with oversized propet shoes for almost a year until I was transfered to Old Colony Correctional Center where they gave me the Nike Airmax sneakers SBCC was denying/refusing to give me. Deputy Phelps and David Mburu at SBCC both were of one mind to deny this basic accomodation to me.

12. I was transfered back to higher security at SBCC once againg being under the care of David Mburu in the summer of 2019.[2]

13. On October 7, 2019 David Mburu finally sent me to the Lemeul Shattuck Hospital ("L.S.H.") for my long awaited surgical consultation. Dr. "Patricia Clifford" explained how severe the my injury/condition in my feet was. In the x-rays a degeneration was marked from comparison to my last x-rays. Dr.Clifford made a dire prognosis, that either I was able to get a pair of Saucony or Asics footwear with a wide toe box and good technology to try and see if this would relive the pain. Otherwise, I would have to go through a life altering surgery called a "fusion" which would take away in my young life the use of my great toe, by fuzing the bone in the joint together. This would

2. After being back in SBCC, upon a Move, from K-2 to Seg in K-3 and my shoes were once again "dissapeared". I still haven't seen them again after the Move on 11/21. Nov/2021. No contraband slips or anything provided. (3) They were Just Gone.

relive the foot pain but result in permanent disuse of the great joint making exercise difficult and possibly causing further degeneration of the disck in my back, my knees and hip.

14. Dr. Clifford ordered me quality athletic footwear to alleviate the symptoms of pain I experienced daily with every step with the current footwear I was wearing. Although they were of high quality they were to narrow which was causing the pain from wearing the shoes, even after and while laying down etc. I was to follow up in six weeks "via zoom-medical."

15. David Mburu not liking the decision by Dr. Clifford set up yet another specialist visit with Dr. Charles King of November Fifth (5), 2019 who now stated," this x-ray is terrible Matt, I mean,vyou got another doctor again saying the same thing, there is too many of us saying the samething, they can't say no now, I am going down right now and looking at a catalouge to order you some Asic gel-nimbus" and "we will follow up in six weeks to see if you still can't deal with the amount of pain you must be in, sorry it took so long but we got this now."

16. At every turn the Medical Dep't under David Mburu has chosen to perpretate the lies, saying that I "refused the footwear" that they have offered when in fact I have never refused any footwear. To the contrary I have accepted everything they have offered despite knowing it was inadequate because a different Wellpath provider would show up everytime so I would not know who to place the blame when the time came.

17. Even the white Nikes have been taken from me by security staff. I have been grieving this situation and reached out to outside organizations who have place the superintendant on notice and that he follow the specialist recommendation.

18. I have written letters to Steven Kenneway who once stated to me that he would rectify the situation but changed his mind and recinded his promise all because I "filed a grievance " and stated "so now I was on my own to deal with the grievance process." This was written on his response to me.

19. I have had outside organizations also put Supt. Dean Gray, who I also wrote. He told me verbally when I asked him is he just going to let medical deny me medical care I absolutely need and leave

(4)

me here in severe pain while medical writes fake appointments and dialogue Bean Gray's response was actually "yup."

20. Supt. Steven Silva actually started this path of pain and anxiety and deppression denying me help when I needdd it the most in the begining during surgery. Leaving me in my cell for 2 monbhs with an infected gash in my foot. Its now 2022 and I am still walking around with inadequate footwear, denying specialist visits and surgery.

21. Ashley Landry has canceled my visits to the brace clinic that were already scheduled, ignoring and denying my grievances and appeals.

22. Lisa Black Sholudko has also been ignoring and denying my grievances and appeals.

23. Ashley Landry on Frtiday September 24, 2021 told me to "write a sick call slipif I have a problem with my treatment plan." There has ever only been one treatment plan made by the Podiatrist Dr. King which has and continues to be denied time after time.

24. The denial of medical services by Wellpath is blatantly indifferent to any serious medical need. At a hospital trip I swallowed a 2ft wire. I ended up at the hospital after days of not taking my medications and then self injuring. After a month of the incident the wire was still in my stomach causing my stomach severe pain, indigestion, and hurting when I eat. When I went to my follow up on May 21, 2021 said "I better hope the wire stays where it is because its staying in there." The doctors did not see the need to remove it because it was not life threatening.

24. I had another situation where DAvid Mburu was present after a incident with officers where I was left with injuries of which he did not want to treat and caused me to be put in 5 point restraints without more than one 15 minute check during the two hours I was in that position. This was so I allegedly did not bite the stiches stiched on my arm but my headwound wwas left unattended. I grieved this incident and appealled it #113465.

CAUSE OF ACTION

25. The claims against the defendant Wellpath are not based on a theory of Respondeat Superior because they are liable under the scope of their authority pursuant GLc 156C §8 over the subject matter of indemification for defending (criminal/civil) complaints of its members. Section 22 of the statute contemplates that debts, obligations and liabilities arising in tort, contract or otherwise are the sole responsibility of the LLc and not its members.

26. Wellpath having a contractual relationship with the State of Massachusetts by virtue of its business dealings as a private contractor with the DOC, who identifies them as the sole medical provider for the DOC. Wellpath must comport their services to the laws and regulations to that of this state also including federal standards.

27. The word inmate, prisoner, client, patient clearly identify me in the contract, statutes and regulationsas the one to benefit from Wellpath's medical services. I am the Third Party Beneficiaryimplied in the covenant of good faith and fair dealing.

28. All of the defendants (Wellpath,DOC,Peterson,Gray,Kenneway, Farag,Sholudko,Mburu,Landry,Ryder,Caldwell) have caused injury to me by their deliberate indifference to My serious medical needs by denying me reasonable accomodations ordered my specialist and failed to remedy the situation even after receiving clear notice resulting in 8th Amendment violations that cause unecessary and wanton infliction of pain in complete disregard of Massachusetts DOC Regulation - Health Services Division 103 CMR 630.00 et seq.

29. The defendants acting under the color of law failed to take preventive action knowing that serious and substantial risk of serious harm would befall me, and they should have known that refusing to provide for the medical needs that are in the specialist words serious and purposely delaying and refusing the orders of the doctors shows a deliberate indifference to the substantial risk of harm I face, would result in but not limited to 8th Amendment violations of cruel and unusual

(7)

punishment.

30. The defendants failed to carry out and enforce regulations of the DOC, laws of the Commonwealth of MAssachusetts, and the federal standard of the United States Constitution and the challenged conduct vioaltes the guarantees of liberty violating both my federal and state civil rights.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THE 9th DAY OF February IN THE YEAR OF OUR LORD, 2022.

_____
MATTHEW P. TOTTENHAM

SUBSCRIBED AND SWORN before me on this 9th day of February A.D. 2022, a Notary, that Has personally appeared before me and known to me, to be the man whose names subscribed to the within instrument and acknowledged to be the same, as Signed in the witness of the Notary in Souza Baranowski Cor.Ctr. By: Lisa Castoldi the Librarian (Below) who this was Notarized by making a legal Document; Matthew P. Tottenham, the Plaintiff and Constructor of this complaint and statement of facts, stating cause of action.

_____ Seal:

Notary Public in and for the State of Massachusetts
My Commission expires: February 24, 2023



LISA M. CASTOLDI
Notary Public
Commonwealth of Massachusetts
My Commission Expires Feb. 24, 2023

(8)