UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10347-RGS

MATTHEW TOTTENHAM

v.

WELLPATH, LLC, et al.

ORDER

November 14, 2022

STEARNS, D.J.

Now before the court is the motion of *pro se* litigant Matthew Tottenham, who is incarcerated at the Souza Baranowski Correctional Center, in which he asks to know the status of service of his complaint by the United States Marshals Service ("USMS"). (Dkt #14). The motion is GRANTED.

In response to this motion, a deputy clerk contacted the USMS and inquired about service in this action. An employee of the USMS informed the deputy clerk that the USMS did not have a record of having completed service in this case nor did it have papers for service in its possession. The USMS employee also explained that, when it receives incomplete service

packages, it mails all the documents back to the sender with a notation indicating which documents were missing or improper.

To avoid further delay in this case, the court hereby orders:

1.	The clerk shall provide Tottenham with a USM-285 form for each defendant.

2.	Tottenham shall, within twenty-eight (28) days of the date of this order, complete a USM-285 form for each defendant and mail them to the USMS. Tottenham shall also file a notice with the court that he mailed the completed USM-285 forms to the USMS. Although the offices of the USMS and the court are in the same building, they are different agencies. Tottenham shall send the notice to the court in an envelope separate from the USM-285 forms.

3.	Upon receipt of the USM-285 forms, the USMS shall inform the clerk that the documents have arrived. The USMS shall retain these documents until otherwise requested by the clerk or by order of the court.

4.	Once the USMS notifies the clerk that it has received the USM-285 forms for this case, the clerk shall reissue the summons and deliver all other documents for service to the USMS. The USMS shall promptly complete service and file the notices of service with the clerk.

5.	The clerk shall provide the USMS with a copy of this order.

6.  The above procedure is for this case alone. It is not meant to establish a practice applicable to all cases in which the court has allowed a litigant to ask the USMS to complete service with all costs advanced by the United States.

**SO ORDERED.**

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE